# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. 3:CR-21-287** |
| **JAMES J. PEPERNO, JR.,** | : | **(JUDGE MANNION)** |
| **Defendant** | : | |

## ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: Defendant Peperno's motion for severance, or bifurcation, of Counts 9 through 11 from Counts 1 through 8 of the Indictment, (Doc. 1), at his trial, **(Doc. 35)**, is **DENIED IN ITS ENTIRETY**. All of the charges against Peperno will be tried jointly on **July 11, 2022**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 21, 2022**
21-287-02-Order