# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:CR-21-287 |
| JAMES J. PEPERNO, JR., | : | (JUDGE MANNION) |
| Defendant | : | |

## ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: Defendant Peperno's motion *in limine* to preclude the government's use of evidence involving his prior mail fraud conviction and restitution obligation, **(Doc. 37)**, is **DENIED IN ITS ENTIRETY**. The government will be allowed to use the proffered evidence of Peperno's prior conviction and restitution obligation in its case-in-chief at trial, as intrinsic evidence for Counts 9-11, and as admissible under Rule 404(b) for Counts 7 and 8. Further, after the government completes its case-in-chief, the government will also be allowed to impeach Peperno with his prior conviction under FRE 609 should he testify at trial.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: June 21, 2022**
21-287-03-Order